IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>1. MARCIO COSTA A/K/A "MARCINO", )<br>2. JOAO PEDRO MARQUES GUIMARES )<br>   GAMA A/K/A "BAHIANINHO", )<br>3. BRENO HENRIQUE DASILVA, )<br>4. ALVARO DOS SANTOS MELO, )<br>5. EDSON DASILVA, )<br>6. IGOR COSTA and )<br>7. VINICIUS GONCALVES DE ASSIS, )<br>)<br>Defendants. ) | Case No. 19-MJ-6290-MPK |

### GOVERNMENT'S MOTION TO SEAL AND UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until the arrest warrants have been executed, at which time the complaint and all supporting documentation should be unsealed. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
Michael Crowley
Assistant U.S. Attorney

Allowed
P/y
4/24

Date: April 24, 2019