JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **ATF/HSI**

**City**  Boston   **Related Case Information:**

**County**  Plymouth

Superseding Ind./ Inf. _____  Case No. 19-MJ-6290-MPK
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Marcio Costa   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Marcino"

Address: (City & State) Malden, MA

Birth date (Yr only): 1990   SSN (last4#): 5189   Sex: M   Race: White   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Michael Crowley   Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Portuguese

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony ———

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019   Signature of AUSA: _[signed]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Marcio Costa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**           Category No. **II**           Investigating Agency **ATF/HSI**

**City** Boston                **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____   Case No. 19-MJ-6290-MPK
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  19-6142,6143,6242,6243- MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Joao Pedro Marques Guimares Gama      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Bahianinho"

Address: (City & State) Malden, MA

Birth date (Yr only): 1998   SSN (last4#): ____   Sex: M   Race: White   Nationality: ____

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Michael Crowley      Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No      List language and/or dialect: Portuguese

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019      Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant**  Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

♻JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**       Category No.  **II**             Investigating Agency  **ATF/HSI**

City  **Boston**

County  **Plymouth**

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No.  **19-MJ-6290-MPK**
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  **19-MJ-6142,6143,6242,6243-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  **Breno Henrique DaSilva**     Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address     (City & State) **Somerville, MA**

Birth date (Yr only):  **1998**   SSN (last4#): _____   Sex  **M**   Race:  **White**   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  **Michael Crowley**      Bar Number if applicable _____

Interpreter:  ☑ Yes  ☐ No    List language and/or dialect:  **Portuguese**

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **April 24, 2019**       Signature of AUSA: _/s/ Michael Crowley_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Breno Henrique DaSilva

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2   18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3   21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** ATF/HSI

**City** Boston      **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. 19-MJ-6290-MPK
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Edson DaSilva      **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Whitman, MA

**Birth date (Yr only):** 2000   **SSN (last4#):** _____   **Sex** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Michael Crowley      Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____ ☐ Serving Sentence ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 24, 2019     **Signature of AUSA:** _/s/ Michael Crowley_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-MJ-6290-MPK

**Name of Defendant** Edson DaSilva

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. **II**   Investigating Agency **ATF/HSI**

City **Boston**

County **Plymouth**

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. **19-MJ-6290-MPK**
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **19-MJ-6142,6143,6242,6243-MPK**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Igor Costa**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Framingham, MA**

Birth date (Yr only): **1998**   SSN (last4#): **8240**   Sex **M**   Race: **White**   Nationality: _____

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Michael Crowley**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **April 24, 2019**   Signature of AUSA: _/s/ MC_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**   Igor Costa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   **Category No.** II   **Investigating Agency** ATF/HSI

**City** Boston   **Related Case Information:**

**County** Plymouth   Superseding Ind./ Inf. _____   Case No. 19-MJ-6290-MPK
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Vinicius Goncalves de Assis   Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) _____

Birth date (Yr only): 1997   SSN (last4#): ____   Sex M   Race: White   Nationality: ____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Michael Crowley   Bar Number if applicable _____

Interpreter:   ☑ Yes   ☐ No   List language and/or dialect:   Portuguese

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    19-MJ-6290-MPK

**Name of Defendant**    Vinicius Goncalves de Assis

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF/HSI

**City** Boston

**County** Plymouth    **Related Case Information:**

Superseding Ind./ Inf. _____   Case No. 19-MJ-6290-MPK
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-6142,6143,6242,6243-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alvaro Dos Santos Melo    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) Everett, MA

Birth date (Yr only): 1996    SSN (last4#): _____   Sex M    Race: White    Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Michael Crowley    Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 24, 2019    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   19-MJ-6290-MPK

**Name of Defendant**    Alvaro Dos Santos Melo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**