JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __ATF/HSI__

**City** __Boston__            **Related Case Information:**

**County** __Plymouth__        Superseding Ind./ Inf. _____ Case No. __19-MJ-6290-MPK__
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Marcio Costa__                    Juvenile:    ☐ Yes  ☑ No

        Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name __"Marcino"__

Address __(City & State)  Malden, MA__

Birth date (Yr only): __1990__  SSN (last4#): __5189__  Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** __Thomas Butters__          Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley/Timothy Moran__          Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No        List language and/or dialect:    __Portuguese__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

        ☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date** __04/25/2019__

☑ Already in Federal Custody as of __04/25/2019__ in __Donald W. Wyatt Detention__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __6/5/19__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-MJ-6290-MPK___

**Name of Defendant** ___Marcio Costa___

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 6 | 18 U.S.C. § 924(d)(1) | Drug Forfeiture | |
| Set 7 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 8 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

☒JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __ATF/HSI__

**City** __Boston__       **Related Case Information:**

**County** __Plymouth__

Superseding Ind./ Inf. _____ Case No. __19-MJ-6290-MPK__

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __19-6142,6143,6242,6243- MPK__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joao Pedro Marques Guimares Gama__    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name __"Bahianinho"__

Address __(City & State)  Malden, MA__

Birth date (Yr only): __1998__ SSN (last4#): _____ Sex __M__   Race: _____ Nationality: _____

**Defense Counsel if known:** __Vivianne E. Jeruchim__    Address __50 Congress Street Suite 615__

**Bar Number** _____    __Boston, MA 02109__

**U.S. Attorney Information:**

**AUSA** __Michael Crowley/Timothy Moran__    Bar Number if applicable _____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: __Portuguese__

**Victims:** ☒ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date** __04/25/2019__

☒ Already in Federal Custody as of __04/25/2019__ in __Donald W. Wyatt Detention__ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __6/5/19__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ___19-MJ-6290-MPK___

**Name of Defendant** ___Joao Pedro Marques Guimares Gama a/k/a "Bahianinho"___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | 4 |
| Set 4 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License | 5 |
| Set 5 | 18 USC § 922(g)(5) | Alien in Possession of a Firearm | 6 |
| Set 6 | 18 USC § 1963(a) | RICO Forfeiture | |
| Set 7 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 8 | 18 U.S.C. § 924(d)(1) | Firearm Forfeiture | |
| Set 9 | 28 U.S.C. § 2461(c) | Firearm Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

📎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  _II_          **Investigating Agency**  _ATF /HSI_

**City**   _Boston_                    **Related Case Information:**

**County**  _Plymouth_                 Superseding Ind./ Inf. _____   Case No.  _19-MJ-6290-MPK_
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number  _19-MJ-6142,6143,6242,6243-MPK_
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _Edson DaSilva_                    Juvenile:          ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address      _(City & State)  Whitman, MA_

Birth date (Yr only): _2000_  SSN (last4#): _____  Sex _M_    Race: _____    Nationality: _____

**Defense Counsel if known:**   _David J. Apfel_              Address _100 Northern Avenue_

**Bar Number**   _____              _Boston, MA 02210_

**U.S. Attorney Information:**

**AUSA**   _Michael Crowley/Timothy Moran_              Bar Number if applicable   _____

**Interpreter:**   ☑ Yes  ☐ No        List language and/or dialect:        _Portuguese_

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at _Middlesex House of Correctio_  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _6/5/19_        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  ___19-MJ-6290-MPK_____

**Name of Defendant**      ___Edson DaSilva_____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963 (a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

_____

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013

℘JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __ATF/HSI__

**City**  __Boston__  **Related Case Information:**

**County**  __Plymouth__

Superseding Ind./ Inf. _____  Case No. __19-MJ-6290-MPK__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Breno Henrique DaSilva__  Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  __(City & State)  Somerville, MA__

Birth date (Yr only): __1998__  SSN (last4#): _____  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:**  __Leonard E. Milligan, III__  Address __50 Congress Street Suite 600__

**Bar Number**  _____  __Boston, MA 02109__

**U.S. Attorney Information:**

**AUSA**  __Michael Crowley/Timothy Moran__  Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No  List language and/or dialect:  __Portuguese__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date**  __04/25/2019__

☑ Already in Federal Custody as of  __04/25/2019__  in  __Donald W. Wyatt Detention__ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __6/5/19__  Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-MJ-6290-MPK _____

**Name of Defendant** _____ Breno Henrique DaSilva _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  ATF/HSI

**City**  Boston          **Related Case Information:**

**County**  Plymouth          Superseding Ind./ Inf. _____    Case No.  19-MJ-6290-MPK
                              Same Defendant _____    New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number  19-MJ-6142,6143,6242,6243-MPK
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Alvaro Dos Santos Melo          Juvenile:    ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  Everett, MA

Birth date (Yr only):  1996   SSN (last4#): _____   Sex  M     Race: _____     Nationality: _____

**Defense Counsel if known:**     Scott P. Lopez          Address  88 Black Flacon Avenue Suite 345

**Bar Number** _____                              Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**   Michael Crowley/Timothy Moran          Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No     List language and/or dialect:     Portuguese

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**     04/25/2019

☑ Already in Federal Custody as of     04/25/2019     in   Donald W. Wyatt Detention   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/5/19          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ____ 19-MJ-6290-MPK

**Name of Defendant**    Alvaro Dos Santos Melo

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Conspiracy to Commit Robbery | 2 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℧JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __ATF/HSI__

**City**  __Boston__

**County**  __Plymouth__

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. __19-MJ-6290-MPK__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Vinicius Goncalves de Assis__    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address __(City & State)_____

Birth date (Yr only): __1997__  SSN (last4#): _____  Sex __M__    Race: _____    Nationality: _____

**Defense Counsel if known:**    __Mark D. Smith__    Address __101 Federal Street, Suite 650__

**Bar Number** _____    __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA**  __Michael Crowley/Timothy Moran__    Bar Number if applicable _____

**Interpreter:**  ☑ Yes  ☐ No    List language and/or dialect: __Portuguese__

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Middlesex House of Correctio__  ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __6/5/19__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    19-MJ-6290-MPK

**Name of Defendant**    Vinicius Goncalves de Assis

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __ATF/HSI__

**City** __Boston__

**County** __Plymouth__

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. __19-MJ-6290-MPK__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __19-MJ-6142,6143,6242,6243-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Igor Costa/__      Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address __(City & State) Framingham, MA__

Birth date (Yr only): __1998__   SSN (last4#): __8240__   Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** __Inga S. Bernstein__    Address __65 Atlantic Avenue__

**Bar Number** _____      __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA** __Michael Crowley/ Timothy Moran__    Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Norfolk County Sheriffs__ ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __6/5/19__      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ___19-MJ-6290-MPK___

**Name of Defendant** ___Igor Costa___

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | RICO Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1951 | Robbery in violation of the Hobbs Act | 3 |
| Set 3 | 18 U.S.C. § 1963(a) | RICO Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013