UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>BRENO HENRIQUE DASILVA   )<br>    Defendant.   )<br>)  | Case No. 1:19-cr-10190-PBS |

**MOTION TO WITHDRAW**

Counsel for the Defendant moves to withdraw from the above matter. The grounds are that counsel has been informed by the U.S. Attorney that a conflict exists between his representation in this case and his representation of the defendant in United States v. Cortes Navedo, 19-10281-IT.

    Respectfully Submitted,
    Breno Henrique DaSilva
    By his attorney

    /s/ Michael Tumposky
    Michael Tumposky (BBO No. 660618)
    Hedges & Tumposky, LLP
    50 Congress St, Suite 600
    Boston, MA 02109
    T) (617) 722-8220

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that on this 15th day of June, 2020, I served one true and correct copy of this motion, where unable to do so electronically, on all counsel of record in this matter.

    /s/ Michael Tumposky
    Michael Tumposky